FILED
SEP 29 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER 15-MJ-6013-CJP |
| vs. ) | |
| ) | |
| DEONDRE E. JONES ) | |
| ) | Title 18, United States Code |
| ) | Section 2113(a) |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Daniel D. Cook, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### BANK ROBBERY

On or about September 26, 2015, in St. Clair County, Illinois, within the Southern District of Illinois,

### DEONDRE E. JONES,

defendant herein, by force, violence, and intimidation, did take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of Scott Credit Union, a bank whose accounts are insured by the National Credit Union Administration Board. All in violation of Title 18, United States Code, Sections 2113(a).

### AFFIDAVIT

Your affiant, Daniel D. Cook, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for five and a half years, and as such, is vested with the authority to investigate violations of Federal laws, including Titles 18 and 21 of the United States Code. Your affiant also has six years prior

Federal law enforcement experience as a United States Postal Inspector and six years prior state law enforcement experience as a municipal Police Officer for the City of Lincoln, Nebraska. Your affiant is currently assigned to the Springfield Division of the FBI, Fairview Heights, Illinois Resident Agency and has primary investigative responsibilities for violent and drug crimes occurring in the Southern District of Illinois.

The statements contained in this affidavit are based on the investigation of your affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your affiant states as follows:

1) On September 26, 2015, at approximately 12:01 p.m., law enforcement officers from the Belleville Police Department responded to the Scott Credit Union, located at 648 Carlyle Avenue, in reference to a robbery that had just occurred.

2) Upon arrival at Scott Credit Union, the law enforcement officers met with witnesses at the credit union who reported a heavy set black male wearing a blue t-shirt and khaki pants had entered the bank and told the victim teller that he had a gun and wanted ten (10) one hundred dollar bills. The victim teller (initials of A.D.) complied and counted out ten (10) one hundred dollar bills laying the bills on the teller counter. The heavy set black male picked up the one hundred dollar bills (note: the heavy set black male pick-up up eight (8) one hundred dollar bills and left two (2) one hundred dollar bills on the teller counter). After receiving the United States currency, the heavy set black male walked out of the credit union. No gun was displayed by the heavy set black male.

3) Witnesses at the credit union observed the heavy set black male enter the front passenger seat of a gray Chrysler 300 with a white stripe on the hood. The gray Chrysler 300 was described by witnesses as having damage to the vehicle around the driver's side headlight.

A witness obtained the license plate number, Illinois "8591078," of the gray Chrysler 300.

4) Within an hour of the Scott Credit Union robbery, a Belleville Police Officer observed a gray Chrysler 300 bearing Illinois license plate E591078, traveling westbound on West Boulevard in Belleville, Illinois. The vehicle was stopped by law enforcement officers. The driver of the vehicle was identified as an adult black male with the initials of D.I. Law enforcement officers transported several witnesses to the location of the vehicle stop and several witnesses identified D.I. as the credit union robber. During a search incident to arrest of D.I., seven (7) one hundred dollar bills were recovered in his pants pocket.

5) D.I. was transported to the Belleville Police Department and placed in an audio and video recorded interview room. D.I. was advised of his <u>Miranda</u> rights and agreed to speak with law enforcement officers.

6) D.I. told law enforcement officers he is a pimp and he sells crack cocaine. On September 26, 2015, a prostitute named "Baby Girl" who he works contacted him and told D.I. that she was with a guy who had money and he was willing to spend it. D.I. met "Baby Girl" and the guy at 32nd and State Street in East St. Louis. The guy was an adult black male who introduced himself to D.I. as "Dre."

7) "Dre" requested D.I. drive him to an ATM machine so he could withdraw money. D.I. drove "Dre" to a Scott Credit Union on West Main Street in Belleville, Illinois. At approximately 9:00 a.m. to 9:30 a.m., "Dre" obtained money from the ATM machine. D.I. then drove "Dre" to a house on South 10th Street in Belleville, Illinois, that has a bed that he (D.I.) lets people use. D.I. left "Dre" and "Baby Girl" at the house on South 10th Street.

8) Later on September 26, 2015, D.I. picked up "Dre" and "Baby Girl" from the house on South 10th Street. "Dre" told D.I. that he was expecting a deposit into his Scott Credit

Union account and requested D.I. drive him to Scott Credit Union so he could withdraw the money. Around noon on September 26, 2105, D.I. drove "Dre" and "Baby Girl" to the Scott Credit Union located on Carlyle Avenue in Belleville, Illinois.

9) D.I. parked his gray Chrysler 300 in the parking lot and "Dre" walked into the Scott Credit Union. "Dre" was inside the Scott Credit Union for a short time and then casually walked out of the credit union and got into the front passenger seat. D.I. drove "Dre" and "Baby Girl" back to the house on South 10th Street. "Dre" gave D.I. money for the crack cocaine he had provided to him earlier on September 26, 2105. "Dre" requested D.I. get him more crack cocaine and gave D.I. more money for the crack cocaine.

10) D.I. left "Dre" at the house on South 10th Street to purchase more crack cocaine for "Dre." D.I. was stopped by the police. D.I. believed he was being arrested for selling crack cocaine to an undercover police officer. D.I. said he did not rob the Scott Credit Union and he did not know "Dre" robbed the Scott Credit Union. D.I. said he met "Dre" for the first time on September 26, 2015.

11) Law enforcement officers performed a consent search on D.I.'s cellular telephone and found telephone number 618-515-0090. D.I. said telephone number 618-515-0090 was the telephone number that he called and spoke to "Dre" on September 26, 2015. A search of telephone number 618-515-0090 on an Internet computer database revealed the telephone number was assigned to Deondre Jones. A search of a law enforcement computer database resulted in the discovery of Deondre E. Jones with a date of birth in 1970. A known photograph of Jones was shown to D.I. who looked at the photograph and said, "that's that mother fucker." D.I. held the photograph of Jones to his face and said, "see he do look like me."

12) Law enforcement officers obtained ATM surveillance video from the Scott

Credit Union located on West Main Street in Belleville, Illinois. At approximately 8:47 a.m. on September 26, 2015, an adult black male wearing a blue t-shirt shirt is observed making an ATM withdrawal. The withdrawal is from the Scott Credit Union account (account number 2114660) of Deondre E. Jones. The adult black male wearing the blue t-shirt making the withdrawal at the West Main Street Scott Credit Union ATM machine at approximately 8:47 a.m. on September 26, 2105, appears to be the same adult black male wearing the blue t-shirt and khaki pants observed on the Scott Credit Union (648 Carlyle Avenue) security surveillance video who committed the robbery on September 26, 2015.

13) The known photograph of Deondre E. Jones with a date of birth in 1970 matches the adult black male wearing the blue t-shirt observed on the West Main Street Scott Credit Union ATM surveillance video and on the Carlyle Avenue Scott Credit Union security surveillance video from September 26, 2015.

14) On September 29, 2015, law enforcement officers made contact with the victim teller with the initials of A.D. Law enforcement officers showed A.D. a photo line-up that contained a photograph of Deondre E. Jones. A.D. positively identified Jones as the heavy set black male wearing the blue t-shirt and khaki shorts who robbed the Scott Credit Union on September 26, 2015. A.D. told law enforcement officers she complied with the demands of the heavy set black male wearing the blue t-shirt and khaki shorts because he said he had a gun and she was afraid.

15) On September 29, 2015, law enforcement officers made contact with another Scott Credit Union teller with the initials of S.R. S.R. was working at the teller station next to A.D.'s teller station on September 26, 2015 at the time of the robbery. Law enforcement

officers showed S.R. a photo line-up that contained a photograph of Deondre E. Jones. S.R. positively identified Jones as the heavy set black male wearing the blue t-shirt and khaki shorts who robbed the Scott Credit Union on September 26, 2015.

16) As a result of the robbery, Scott Credit Union reportedly suffered a loss of $800.00 in United States currency. At the time of robbery, your affiant confirmed Scott Credit Union was insured by the National Credit Union Administration Board.

DANIEL D. COOK,
Special Agent, Federal Bureau of Investigation

State of Illinois )
) SS.
County of St. Clair )

Sworn to before me and subscribed in my presence on the 29th day of September 2015, at East St. Louis, Illinois.

HON. CLIFFORD J. PROUD
United States Magistrate Judge

STEPHEN R. WIGGINTON
United States Attorney

STEPHEN B. CLARK
Assistant United States Attorney