IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 15-30160-SMY |
| vs. ) | |
| ) | |
| DEONDRE E. JONES, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S STATEMENT OF ELEMENTS, PENALTIES, AND FACTS**

**I. PLEA, PENALTIES, ELEMENTS, AND RESTITUTION**

1.  The Government anticipates that Defendant will enter a plea of guilty to the Indictment, which charges a single count of bank robbery, in violation of 18 U.S.C. § 2113(a). The elements of the crime, and the statutory maximum penalties for the crime, are as follows:

| Statute | Charge | Elements | Maximum Penalties |
|---|---|---|---|
| 18 USC 2113(a) | Bank Robbery | 1. Defendant took from the person or presence of another money belonging to or in the care custody, control, management, or possession of a federal credit union;<br>2. At the time the defendant took the money, the deposits of the credit union were insured by the National Credit Union Administration Board;<br>3. Defendant acted to take such money by force and violence, or by intimidation. | 20 years' imprisonment; a $250,000 fine; or both; 3 years' supervised release; A $100 special assessment. |

2.     The amount of money involved in the bank robbery was $800. Restitution for any amount of this $800 that remains unpaid at the time of sentencing is subject to a mandatory order of restitution, pursuant to Title 18, United States Code, Section 3663A, payable to Scott Credit Union.

3.     The Government's position is that restitution for an additional $410.63 is mandatory, pursuant to Title 18, United States Code, Section 3663A, payable to Scott Credit Union. This amount consists of (a) $350.00 paid by Scott Credit Union for group employee counseling relating to critical incident stress de-briefing for its employees present during the robbery; and (b) $60.63 in overtime paid to its employees for work caused by the robbery.

4.     Thus, the total amount of restitution to be ordered is $1210.63 (less any amount paid before sentencing), which amount is payable to Scott Credit Union, c/o Sharon Zika, 101 Credit Union Way, Edwardsville IL 62025.

## II. GOVERNMENT'S STATEMENT OF FACTS

1.     On September 26, 2015, Defendant entered the Scott Credit Union, located at 648 Carlyle Avenue, Belleville, Illinois at about 12:01 p.m.

2.     Defendant approached Teller "A.D." and told "A.D." that he had a gun and wanted ten one-hundred dollar bills. The teller laid ten one-hundred dollar bills on the counter, but Defendant took only eight of the bills and left two bills behind.

3.     Defendant then left Scott Credit Union with the eight bills.

4.     Victim teller "A.D." identified Defendant from a photo line-up as the robber. A.D. told law enforcement officers that she complied with the demands of the robber because he said he had a gun and she was afraid, even though Defendant did not display a gun. A

surveillance video of A.D.'s teller station at the Scott Credit Union on the day of the robbery shows Defendant as the robber.

5. Scott Credit Union teller "S.R." was working at the teller station next to A.D.'s teller station at the time of the robbery on September 26, 2015. S.R. also identified Defendant as the bank robber from a photo line-up.

6. Scott Credit Union suffered a loss of $800.00. At the time of robbery, Scott Credit Union was a federal credit union, the accounts of which were insured by the National Credit Union Administration Board.

7. If this case were to go to trial, the Government would be able to prove the above facts beyond a reasonable doubt.

    Respectfully Submitted,

    JAMES L. PORTER
    Acting United States Attorney

    *s/Stephen B. Clark*
    STEPHEN B. CLARK
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, IL  62208
    Tel:  (618) 628-3700
    E-mail: Stephen.Clark@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO.  15-30160-SMY |
| vs. | ) | |
| | ) | |
| DEONDRE E. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

## Certificate of Service

I hereby certify that on February 10, 2016, I caused to be electronically filed Government's Statement Of Elements, Penalties, And Facts with the Clerk of Court using the CM/ECF system which will send notification to the following participant:

Daniel G. Cronin:   Dan_Cronin@fd.org

    Respectfully submitted,

    JAMES L. PORTER
    Acting United States Attorney

    *s/Stephen B. Clark*
    STEPHEN B. CLARK
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, IL  62208
    Tel:  (618) 628-3700
    E-mail: Stephen.Clark@usdoj.gov